**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 12-2483**

_____

CHARLES C. IBIDA,

                Plaintiff – Appellant,

      v.

ROBERT GATES, Secretary, US. Department of Defense, Defense
Contract Audit Agency; LEON PANETTA, Secretary of Defense,

              Defendants - Appellees.

_____

Appeal from the United States District Court for the District of
Maryland, at Greenbelt. Alexander Williams, Jr., District
Judge. (8:10-cv-03337-AW)

_____

Submitted: May 30, 2013           Decided: June 6, 2013

_____

Before MOTZ, KING, and DUNCAN, Circuit Judges.

_____

Dismissed by unpublished per curiam opinion.

_____

Charles C. Ibida, Appellant Pro Se. Joseph Ronald Baldwin,
OFFICE OF THE UNITED STATES ATTORNEY, Baltimore, Maryland, for
Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Charles C. Ibida seeks to appeal the district court's order dismissing his complaint. We dismiss the appeal for lack of jurisdiction because the notice of appeal was not timely filed.

When the United States or its officer or agency is a party, the notice of appeal must be filed no more than sixty days after the entry of the district court's final judgment or order, Fed. R. App. P. 4(a)(1)(B), unless the district court extends the appeal period under Fed. R. App. P. 4(a)(5), or reopens the appeal period under Fed. R. App. P. 4(a)(6). "[T]he timely filing of a notice of appeal in a civil case is a jurisdictional requirement." Bowles v. Russell, 551 U.S. 205, 214 (2007).

The district court's order was entered on January 26, 2012. The court granted Ibida's motion to reopen the appeal period, specifying that the notice of appeal must be filed by August 14, 2012. The notice of appeal was filed on November 30, 2012. Because Ibida failed to file a timely notice of appeal, we dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

DISMISSED

2